898 F.2d 141
 Muhammad (Wali D.), Reid (Eugene), Ross (Charles), Lesrier
(Joseph), Smythe (Glenn), Garretson (Daryl),
Harvey (Jerome), Lichlenberger (Robert),
Hickman (James), Barry (Randy)
v.
Fauver (William), Hilton (Gary), Morton (Willis), Beyer
(Howard), Tard (Elijah, Jr.), Turner (Anthony), Kuhn
(Joseph), Mitchell (Brigette), Dilorio (Isidore), Newell
(Arthur), Rawley (Julianne), Radity (Brian), Makarski
(Robert), Casarella (Vito), Brandt (Lewis), Lt. Rochelle, Lt.
 NOS. 89-5453, 89-5747
 United States Court of Appeals,
Third Circuit.
 FEB 28, 1990
 
 Appeal From: D.N.J.,
 Lifland, J.
 
 
 1
 AFFIRMED.